## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Bonnie Maureen Turner__

Chapter 7 Case No. __09-61337__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Infosource LP, for World Financial Bank PO Box 248872 Oklahoma City, OK 73124-8872 | 1 | 51.49 | .19 (interest) |
| Discover Bank DFS Services LLC PO Box 3025 New Albany, OH 43054-3025 | 3 | 1029.47 | 3.89 (interest) |
| Chase Bank, USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | 17 | 1011.92 | 3.87 (interest) |

Date: March 11, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

*[Handwritten notation:]* Rung on CNN 03-14-11  Receipt # 192747